**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 11, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00768-CV

---

## IN RE FEUTAINER, LLC AND CHARLES LOTZ, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-07837**

---

## MEMORANDUM OPINION

On October 19, 2023, relators Feutainer, LLC and Charles Lotz filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Dawn Rodgers, presiding judge of the 334th District Court of Harris

County, to vacate the trial court's October 6, 2023 order overruling defendants' objections to the master in chancery's ruling on plaintiffs' motion for in camera review.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.